14cv362 mandate

# MANDATE



United States Court of Appeals
FOR THE
SECOND CIRCUIT

*Filed stamp: United States District Court, District of Connecticut, FILED AT BRIDGEPORT, 9/9/14, Roberta D. Tabora, Clerk, Deputy Clerk*

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand fourteen.

Present:

> José A. Cabranes,
> Peter W. Hall,
> Gerard E. Lynch,
> *Circuit Judges.*

---

Dorothy A. Smulley,

> *Petitioner*,

v.                                                                 14-1831

Oronoque Shores Condominium Association
No. 1, Inc.,

> *Respondent.*

---

Petitioner, *pro se*, petitions for leave to appeal from a district court order remanding the proceeding to state court. Upon due consideration, it is hereby ORDERED that the petition, which we construe as being brought pursuant to 28 U.S.C. § 1292(b), is DENIED because the district court has not certified the order for interlocutory appeal under § 1292(b). *See* 28 U.S.C. § 1292(b). In any event, the order is non-reviewable. *See* 28 U.S.C. § 1447(d).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/09/2014